Honorable Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAMELA JEAN BRYANT, | ) |
| Plaintiff, | ) CASE NO: C11-5298-MAT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) **~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF** |
| Defendant. | ) |

This matter came on regularly before the Honorable Mary Alice Theiler, in open court on July 19th, 2011. The Plaintiff, Pamela Jean Bryant, appeared by her counsel, Robert Allen, of George M. Riecan & Associates, Inc. P.S. The Court reviewed the Motion of Plaintiff including the attached affidavit of counsel Robert Allen, requesting an extension of fourteen (14) additional days in which to file her opening brief in this matter.

Now, therefore, considering the motion and the affidavit before it, this Court hereby grants the Motion for an Extension of Time filed by the Plaintiff on July 19th, 2011. Plaintiff Bryant now has until August 2nd, 2011 to submit her opening brief to the Court. Defendant has until August 30th, 2011 to file its reply brief. Plaintiff has until September 13th, 2011 to file an optional reply brief.

/

&

**~~PROPOSED~~ ORDER GRANTING**
**PLAINTIFF'S REQUEST FOR**
**EXTENSION OF TIME - 1**

**GEORGE M. RIECAN**
**& ASSOCIATES, INC. P.S.**
A Professional Services Corporation
Attorneys at Law
3848 S. Junett Street
P. O. Box 1113
Tacoma, WA 98401
(253) 472-8566/Fax/(253) 475-1221

//

DATED this 19th day of July, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

**PROPOSED ORDER GRANTING**
**PLAINTIFF'S REQUEST FOR**
**EXTENSION OF TIME - 2**

**GEORGE M. RIECAN**
**& ASSOCIATES, INC. P.S.**
A Professional Services Corporation
Attorneys at Law
3848 S. Junett Street
P. O. Box 1113
Tacoma, WA 98401
(253) 472-8566/Fax/(253) 475-1221